# **EXHIBIT 1**

# Volkswagen AG Ordinary and Preferred ADRs
Closing Price and Trading Volume
3/22/21 – 6/7/21

| Date | Ordinary | | Preferred | |
|---|---|---|---|---|
| | Closing Price | Volume | Closing Price | Volume |
| 3/22/21 | $38.44 | 4,735,662 | $28.54 | 504,340 |
| 3/23/21 | $36.19 | 2,765,284 | $26.63 | 429,767 |
| 3/24/21 | $33.49 | 2,849,310 | $25.72 | 688,982 |
| 3/25/21 | $32.87 | 1,932,123 | $26.88 | 811,155 |
| 3/26/21 | $32.53 | 1,172,564 | $26.64 | 466,036 |
| 3/29/21 | $34.65 | 1,969,222 | $27.43 | 400,999 |
| 3/30/21 | $37.75 | 4,207,110 | $28.30 | 764,482 |
| 3/31/21 | $36.30 | 2,450,814 | $28.03 | 399,277 |
| 4/1/21 | $35.58 | 2,353,845 | $28.43 | 478,509 |
| 4/5/21 | $37.16 | 1,293,767 | $29.25 | 139,143 |
| 4/6/21 | $37.10 | 873,857 | $29.16 | 580,864 |
| 4/7/21 | $36.29 | 850,526 | $28.57 | 102,415 |
| 4/8/21 | $35.50 | 924,055 | $28.36 | 241,417 |
| 4/9/21 | $35.08 | 669,788 | $28.29 | 80,559 |
| 4/12/21 | $34.76 | 1,038,555 | $27.94 | 105,825 |
| 4/13/21 | $34.10 | 1,427,812 | $27.75 | 138,157 |
| 4/14/21 | $33.43 | 1,021,928 | $27.83 | 252,497 |
| 4/15/21 | $33.94 | 747,257 | $28.50 | 85,779 |
| 4/16/21 | $35.52 | 1,017,953 | $29.34 | 157,958 |
| 4/19/21 | $34.87 | 641,267 | $28.93 | 132,882 |
| 4/20/21 | $34.24 | 519,722 | $28.19 | 166,271 |
| 4/21/21 | $34.28 | 637,711 | $27.60 | 155,472 |
| 4/22/21 | $33.64 | 468,075 | $27.48 | 79,547 |
| 4/23/21 | $34.20 | 450,481 | $27.66 | 78,387 |
| 4/26/21 | $33.42 | 689,233 | $27.42 | 72,603 |
| 4/27/21 | $33.56 | 434,307 | $27.32 | 94,134 |
| 4/28/21 | $33.13 | 424,346 | $27.12 | 79,707 |
| 4/29/21 | $32.10 | 880,223 | $26.24 | 208,777 |

# Volkswagen AG Ordinary and Preferred ADRs
Closing Price and Trading Volume
3/22/21 – 6/7/21

| Date | Ordinary | | Preferred | |
|---|---|---|---|---|
| | Closing Price | Volume | Closing Price | Volume |
| 4/30/21 | $31.71 | 493,496 | $25.97 | 96,287 |
| 5/3/21 | $31.90 | 407,183 | $26.59 | 50,618 |
| 5/4/21 | $30.67 | 860,628 | $25.41 | 295,166 |
| 5/5/21 | $31.32 | 623,740 | $25.90 | 1,242,050 |
| 5/6/21 | $31.42 | 483,277 | $25.56 | 1,656,133 |
| 5/7/21 | $32.14 | 713,004 | $25.66 | 140,922 |
| 5/10/21 | $31.99 | 576,672 | $25.45 | 65,493 |
| 5/11/21 | $31.28 | 413,682 | $25.32 | 138,737 |
| 5/12/21 | $30.69 | 881,900 | $24.63 | 185,429 |
| 5/13/21 | $31.28 | 576,848 | $24.86 | 203,084 |
| 5/14/21 | $32.32 | 415,501 | $25.65 | 265,672 |
| 5/17/21 | $32.69 | 318,074 | $25.94 | 94,411 |
| 5/18/21 | $32.45 | 301,777 | $26.24 | 392,464 |
| 5/19/21 | $32.65 | 282,714 | $25.83 | 68,122 |
| 5/20/21 | $33.06 | 347,207 | $26.33 | 98,779 |
| 5/21/21 | $33.55 | 541,805 | $26.33 | 105,413 |
| 5/24/21 | $33.77 | 339,780 | $26.63 | 78,000 |
| 5/25/21 | $34.10 | 424,337 | $27.01 | 127,919 |
| 5/26/21 | $34.07 | 290,730 | $26.98 | 171,994 |
| 5/27/21 | $35.34 | 1,128,120 | $27.50 | 203,946 |
| 5/28/21 | $36.17 | 837,302 | $27.44 | 167,939 |
| 6/1/21 | $36.67 | 603,873 | $28.73 | 178,145 |
| 6/2/21 | $37.72 | 628,804 | $29.18 | 182,134 |
| 6/3/21 | $37.50 | 620,731 | $29.20 | 75,408 |
| 6/4/21 | $37.50 | 319,829 | $29.19 | 85,660 |
| 6/7/21 | $38.35 | 433,499 | $29.09 | 64,161 |

Source: *Refinitiv;* Complaint dated 4/30/21