## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |
|---|---|
| *In re Volkswagen AG Securities Litigation* | **Case No. 1:22-cv-00045-RDA-TCB** |

### DECLARATION OF SARA FUKS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT

I, Sara Fuks, under 28 U.S.C. § 1746(2), declare as follows:

1. I am a partner at the Rosen Law Firm P.A., the firm serving as Lead Counsel to Lead Plaintiff Laszlo Rozsavolgyi and named Plaintiff Thomas Wells. I am a member of the New York Bar and am admitted *pro hac vice* in this case.

2. I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint.

3. Attached hereto as Exhibit 1 is a corrected PSLRA certification signed by Lead Plaintiff Laszlo Rozsavolgyi evidencing Lead Plaintiff's purchases and sales of common shares of Volkswagen ADSs (OTC ticker symbol: VWAGY).

I declare under penalty of perjury that the foregoing is true and correct.

*/s/Sara Fuks*
Sara Fuks

Executed on:   October 3, 2022
                      New York, New York