**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| *In re Volkswagen AG Securities Litigation* | **Case No. 1:22-cv-00045-RDA-TCB** |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE AMENDED CLASS ACTION COMPLAINT**

1

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and the Court's March 14, 2023 Memorandum Opinion and Order (Dkt. 48), Lead Plaintiff Lazslo Rozsavolgyi and named Plaintiff Thomas Wells ("Plaintiffs") respectfully move for leave to amend the Amended Class Action Complaint and file the Second Amended Class Action Complaint ("SAC").  For the reasons set forth in Plaintiffs' accompanying Memorandum of Law, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion to Amend and further request that the Proposed Second Amended Class Action Complaint, attached as Exhibit A be deemed filed as of the date of the Court's entry of an this Order. A redlined copy of the Proposed Second Amended Complaint showing the changes made to the Amended Complaint is attached hereto as Exhibit B.

Dated: March 28, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Sara Fuks*
Sara Fuks (*pro hac vice)*
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
sfuks@rosenlegal.com

*Lead Counsel for Plaintiffs*

**THE LAW FIRM OF CARLTON F. BENNETT, PLLC**

*/s/ Carlton F. Bennett (VSB No. 18453)*
Carlton F. Bennett
120 South Lynnhaven Rd. Ste.100
Virginia Beach, VA 23452
Tel: (757) 486-5454
cbennett@carltonbennettlaw.com

*Local Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2023, I caused the foregoing to be filed electronically with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ Carlton F. Bennett (VSB No. 18453)
Carlton F. Bennett

**THE LAW FIRM OF CARLTON F. BENNETT, PLLC**
120 South Lynnhaven Rd. Ste.100
Virginia Beach, VA 23452
Tel: (757) 486-5454
cbennett@carltonbennettlaw.com

*Local Counsel for Plaintiffs*

3