**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| *In re Volkswagen AG Securities Litigation* | **Case No. 1:22-cv-00045-RDA-TCB**<br><br><br>**CLASS ACTION** |

**DEFENDANTS' MOTION TO STRIKE OR ALTERNATIVELY**
**FOR LEAVE TO FILE SUR-REPLY**

Pursuant to Local Rule 7(F)(1), Defendants, by counsel, respectfully move the Court to strike Plaintiffs' untimely Reply Memorandum of Law in Further Support of Motion for Reconsideration, ECF No. 59, filed on April 13, 2023, *see Key* v. *Robertson*, 626 F. Supp. 2d 566, 577-78 (E.D. Va. 2009), or, alternatively, to grant Defendants' leave to file a sur-reply in opposition to Plaintiffs' motion for reconsideration. The grounds for this Motion, as well as Defendants' sur-reply, are set forth in the accompanying Memorandum in Support, which is incorporated herein by reference.

WHEREFORE, for the reasons set forth in the Memorandum in Support of Defendants' Motion to Strike or Alternatively for Leave to File Sur-Reply, Defendants respectfully request that the Court grant the motion to strike or file a sur-reply.

Dated:  April 17, 2023                        Respectfully submitted,

MCGUIRE WOODS LLP                    SULLIVAN & CROMWELL LLP

*/s/ Garrett H. Hooe*                        Robert J. Giuffra, Jr. (*pro hac vice*)
Garrett H. Hooe (VSB No. 83983)        Sharon L. Nelles (*pro hac vice*)
Gateway Plaza                            125 Broad Street
800 Canal Street                        New York, NY 10004
Richmond, Virginia 23219                Tel:  212-558-4000
Tel:  804-775-1065                      Fax:  212-558-3558
Fax:  804-698-2079                      giuffrar@sullcrom.com
ghooe@mcguirewoods.com                  nelless@sullcrom.com

Laura Kabler Oswell (*pro hac vice*)
1870 Embarcadero Road
Palo Alto, California 94303
Tel:  650-461-5600
Fax:  650-461-5700
oswelll@sullcrom.com

Daniel J. Richardson (VSB No. 94961)
1700 New York Avenue NW
Washington, D.C. 20006
Tel:  202-956-7500
Fax:  202-293-6330
richardsond@sullcrom.com

*Counsel for Defendants Volkswagen AG, Volkswagen
Group of America, Inc., Scott Keogh, and Mark Gillies*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF filing system which will send notification of electronic filing (NEF) to all counsel of record.

/s/ *Garrett H. Hooe*
Garrett H. Hooe (VSB No. 83983)
Gateway Plaza
800 Canal Street
Richmond, Virginia 23219
Tel: 804-775-1065
Fax: 804-698-2079
ghooe@mcguirewoods.com

*Counsel for Defendants Volkswagen AG, Volkswagen Group of America, Inc., Scott Keogh, and Mark Gillies*

3