**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| BETTY JO PHEIFFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:22cv45 (RDA/WEF) |
| | ) | |
| VOLKSWAGEN AG et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This matter is before the Court on Plaintiff's Consent Motion for Extension of Time to File Reply Brief in support of her motion for leave to amend the complaint. (Dkt. 63). Defendants consent to the requested relief. For the reasons stated in Plaintiff's Motion, it is hereby

**ORDERED** that Plaintiff's Consent Motion for Extension of Time to File Reply Brief (Dkt. 63) is **GRANTED**.

**ENTERED** this 19th day of April, 2023.

*William C. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia