**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| *In re Volkswagen AG Securities Litigation* | **Case No. 1:22-cv-00045-RDA-TCB** <br><br> **CLASS ACTION** |

**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STRIKE OR**
**ALTERNATIVELY FOR LEAVE TO FILE SUR-REPLY**

MCGUIREWOODS LLP

Garrett H. Hooe (VSB No. 83983)
Gateway Plaza
800 Canal Street
Richmond, Virginia 23219
Tel: 804-775-1065
Fax: 804-698-2079
ghooe@mcguirewoods.com

SULLIVAN & CROMWELL LLP

Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
125 Broad Street
New York, NY 10004
Tel: 212-558-4000
Fax: 212-558-3558
giuffrar@sullcrom.com
nelless@sullcrom.com

Laura Kabler Oswell (*pro hac vice*)
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: 650-461-5600
Fax: 650-461-5700
oswelll@sullcrom.com

Daniel J. Richardson (VSB No. 94961)
1700 New York Avenue NW
Washington, D.C. 20006
Tel: 202-956-7500
Fax: 202-293-6330
richardsond@sullcrom.com

*Counsel for Defendants Volkswagen AG, Volkswagen*
*Group of America, Inc., Scott Keogh, and Mark Gillies*

April 25, 2023

Defendants moved to strike Plaintiffs' reply in support of their motion for reconsideration for two reasons: (i) Plaintiffs' reply was "untimely under this Court's rules," and (ii) Plaintiffs' reply "raised new arguments that Plaintiffs have forfeited[] and relied on sources . . . that Plaintiffs could have included in their brief but did not." Defendants' Brief in Support ("Defs' Br."), at 1, ECF No. 61. In response, Plaintiffs do not contest that their reply was untimely. *See* Plaintiffs' Opposition to Motion to Strike ("Pltfs' Opp."), at 1, ECF No. 66. But they contend that the "reply raised no new arguments." *Id.* That argument is incorrect for at least two reasons.

*First*, Plaintiffs argued in reply that the Court should apply "the more liberal standard" for reconsideration under Rule 54(b), even though their initial motion sought reconsideration under only Rule 59(e). Plaintiffs' Reply in Support of Motion for Reconsideration ("Pltfs' Reply"), at 5, ECF No. 59; *see id.* at 6 (acknowledging that "Plaintiffs' Motion reference[d] Rule 59 as opposed to Rule 54"). Plaintiffs now contend that the "citation to Rule 54(b)" in their reply "was in response to Defendants' assertion that a motion for reconsideration under Rule 59 is improper because the Court's dismissal was without prejudice." Pltfs' Opp. 2. That is a non sequitur. If Plaintiffs thought Rule 54(b) applied to their motion for reconsideration, they should have asked for relief under that provision *in their initial motion*. Plaintiffs cannot change the applicable legal standard in reply simply because Defendants took Plaintiffs at their word that they were seeking relief under Rule 59(e).

*Second*, Plaintiffs argued in reply that the Court improperly conflated the question of "whether a corporate entity like VWAG makes a false statement" with the question of "whether that company 'controls' the entity that made the false statement, for purposes of holding the corporate entity liable as a control person under §20(a) of the Securities Exchange Act." Pltfs' Reply 7. But Plaintiffs' earlier memorandum never argued that the Court failed to apply the correct

standards for assessing *VWAG's* liability under Section 20(a).  In fact, Plaintiffs only mentioned Section 20(a) when discussing the liability of *VWGoA and the Individual Defendants*.  Plaintiffs' Memorandum of Law in Support of Motion for Reconsideration, at 4, ECF No. 50 ("There is likewise also no requirement that the issuer of the securities be held liable under §10(b) or 20(a) in order to hold its subsidiaries and agents/employees liable under §10(b).").

Plaintiffs argue that their Section 20(a) argument is not forfeited because their "opening motion did in fact reference liability under 20(a)."  Pltfs' Opp. 3.  But the question is not whether Plaintiffs "reference[d]" Section 20(a).  Instead, Plaintiffs' argument is forfeited because they never argued that the Court clearly erred in rejecting their Section 20(a) claim against VWAG.  Simply mentioning a provision in "passing" is not enough to preserve an issue, *see Columbia Gas Transmission, LLC* v. *Ott*, 984 F. Supp. 2d 508, 522 n.10 (E.D. Va. 2013), particularly under the demanding standards for a motion for reconsideration.  Plaintiffs also contend it was appropriate to raise Section 20(a) for the first time in reply because they were responding to arguments made by Defendants.  Pltfs' Opp. 3.  But that argument is baseless, as Defendants did not mention Section 20(a) at any point in their opposition to Plaintiffs' motion for reconsideration.

The Court should strike Plaintiffs' entire reply because it is untimely, or at minimum, strike the portions of Plaintiffs' reply that rely on new and forfeited arguments.  But if the Court decides to consider Plaintiffs' tardy filing, it should also grant Defendants' motion to file a sur-reply to further explain why Plaintiffs' new arguments are not only forfeited but also are incorrect.

MCGUIREWOODS LLP

*/s/ Garrett H. Hooe*
Garrett H. Hooe (VSB No. 83893)
Gateway Plaza
800 Canal Street
Richmond, Virginia 23219
Tel: 804-775-1065
Fax: 804-698-2079
ghooe@mcguirewoods.com

SULLIVAN & CROMWELL LLP

Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
125 Broad Street
New York, NY 10004
Tel: 212-558-4000
Fax: 212-558-3558
giuffrar@sullcrom.com
nelless@sullcrom.com

Laura Kabler Oswell (*pro hac vice*)
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: 650-461-5600
Fax: 650-461-5700
oswelll@sullcrom.com

Daniel J. Richardson (VSB No. 94961)
1700 New York Avenue NW
Washington, D.C. 20006
Tel:  202-956-7500
Fax:  202-293-6330
richardsond@sullcrom.com


*Counsel for Defendants Volkswagen AG, Volkswagen Group of America, Inc., Scott Keogh, and Mark Gillies*

April 25, 2023

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2023, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF filing system, which will send notification of electronic filing (NEF) to all counsel of record.

/s/ Garrett H. Hooe
Garrett H. Hooe (VSB No. 83983)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel:  804-775-1065
Fax:  804-698-2079
ghooe@mcguirewoods.com

*Counsel for Defendants Volkswagen AG, Volkswagen Group of America, Inc., Scott Keogh, and Mark Gillies*