**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| *In re Volkswagen AG Securities Litigation* | **Case No. 1:22-cv-00045-RDA-TCB** |

**PLAINTIFFS' RENEWED MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 14, 2023 ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Pursuant to the Court's order dated February 14, 2024 and Federal Rule of Civil Procedure 54(b), Lead Plaintiff Lazslo Rozsavolgyi and named Plaintiff Thomas Wells ("Plaintiffs") respectfully move for reconsideration of the Court's March 14, 2023 Memorandum Opinion and Order ("Opinion"), granting Defendants' Motion to Dismiss Plaintiffs' Amended Complaint. For the reasons set forth in Plaintiffs' accompanying Memorandum of Law, Plaintiffs respectfully request that the Court rule that the Complaint adequately alleges a claim for primary liability under §10(b) as to Defendants Volkswagen Group of America ("VWGoA"), Scott Keough, and Mark Gillies (the "Individual Defendants") and control person liability under §20(a) at to Defendant Volkswagen AG ("VWAG").

Dated: March 25, 2024

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Sara Fuks*
Sara Fuks (*pro hac vice*)
275 Madison Avenue, 40th Floor

1

New York, NY 10016
Tel: (212) 686-1060
sfuks@rosenlegal.com

*Lead Counsel for Plaintiffs*

**THE LAW FIRM OF CARLTON F. BENNETT, PLLC**

/s/  Carlton F. Bennet
Carlton F. Bennett
120 South Lynnhaven Rd. Ste.100
Virginia Beach, VA
Tel: (757) 486-5454
cbennett@carltonbennettlaw.com

*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25 2024, I caused the foregoing to be filed electronically with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/  Carlton F. Bennett
Carlton F. Bennett
**THE LAW FIRM OF CARLTON F. BENNETT, PLLC**
120 South Lynnhaven Rd. Ste.100
Virginia Beach, VA
Tel: (757) 486-5454
cbennett@carltonbennettlaw.com

*Local Counsel for Plaintiffs*

2