IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE VOLKSWAGEN AG SECURITIES LITIGATION | ) <br> ) Civil Action No. 1:22-cv-45 (RDA/WEF) <br> ) <br> ) CLASS ACTION <br> ) <br> ) |

## ORDER

This matter comes before the Court on its own initiative.  On March 25, 2024, Plaintiff Lazslo Rozsavolgyi and named Plaintiff Thomas Wells filed a Renewed Motion for Reconsideration.  Dkt. 70.  For the following reasons, the Court will hold Plaintiffs' Motion for Leave to File an Amended Class Action Complaint (Dkt. 52) in abeyance until the Court resolves Plaintiff's Renewed Motion for Reconsideration (Dkt. 70).

While there has been no request to hold the Motion for Leave to File an Amended Class Action Complaint in abeyance, a federal court has the inherent power to stay, *sua sponte*, an action before it.  *See, e.g., Rice v. Astrue*, No. 4:06-CV-02770-GRA, 2010 WL 3607474, at *1 (D.S.C. Sept. 9, 2010) (*sua sponte* holding motion for attorneys' fees in abeyance until appellate court ruled on whether such fees were legitimate).  Furthermore, "[t]his Court possesses the authority to hold a motion in abeyance if resolution of a pending matter will help clarify the current issues or make currently disputed issues moot."  *Id.* at *2.  Here, the Court finds that it would be prudent for the Court to rule on Plaintiffs' Motion for Reconsideration before considering Plaintiff's Motion for Leave to File an Amended Class Action Complaint.

Accordingly, it is hereby ORDERED that Plaintiffs' Motion for Leave to File an Amended Class Action Complaint (Dkt. 52) is HELD IN ABEYANCE until the Court resolves the Plaintiffs' Motion for Reconsideration.

The Clerk is directed to forward copies of this Order to counsel of record for

It is SO ORDERED.

Alexandria, Virginia
March 28, 2024

_____/s/_____
Rossie D. Alston, Jr.
United States District Judge

2